**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Jessica Mead nka Jessica Wojahn; Justin Mead; Melissa Ann Mead nka Melissa Hitchcock; David F. Mead; and David F. Mead and Jessica Wojahn, Co-Conservators for the Robert D. Mead Estate, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | **ORDER** |
| vs. | ) ) | |
| North Range Resources, LLC, | ) ) | Case No. 1:19-cv-041 |
| Defendant. | ) | |

On January 13, 2020, the parties filed a Stipulation for Dismissal with Prejudice. The court **ADOPTS** the parties' stipulation (Doc. No. 31) and **DISMISSES** the above-captioned action with prejudice and without costs or fees to either party.

**IT IS SO ORDERED.**

Dated this 14th day of January, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court